# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINE TONGE, on behalf of herself and all others similarly situated**<br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**FUNDAMENTAL LABOR STRATEGIES, INC.**<br>　　　　**Defendant.** | **CIVIL ACTION**<br>**No. 16-6310** |

## ORDER

This 29th day of September, 2017, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　United States District Judge